

**CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**

14735 Main Street, Upper Marlboro, Maryland, 20772

Circuit Court Clerks: 301-952-3318
Calendar Management: 301-952-3850

**To:** WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
SERVE REGISTERED AGENT
GENERAL COUNCIL OF WASHINGTON AREA TRANSIT AUTHORITY
600 5TH ST, NW
WASHINGTON, DC 20001

Case Number: C-16-CV-24-004759
Other Reference Number(s):
Child Support Enforcement Number:

**JOANN HALL VS. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

Issue Date: 10/3/2024

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached complaint filed by:

JOANN HALL
3358 CLAY STREET NE
WASHINGTON, DC 20019

This summons is effective for service only if served within 60 days after the date it is issued.

Mahasin El Amin #845
Clerk of the Circuit Court

To the person summoned:
   Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
   Personal attendance in court on the day named is NOT required.
   It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:
1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

Circuit Court for Prince George's County

**JOANN HALL vs. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY** Case Number: C-16-CV-24-00475

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Circuit Court for Prince George's County
**JOANN HALL vs. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY** Case Number: C-16-CV-24-00475

## SHERIFF'S RETURN
(please print)

To: WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY

_____ ID# _____ of the _____
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
                           Name of person served

on _____ at _____
     Date of service                Location of service

_____ by _____ with the following:
                                 Manner of service

- ☐ Summons
- ☐ Complaint
- ☐ Motions
- ☐ Petition and Show Cause Order
- ☐ Other _____
  Please specify

- ☐ Counter-Complaint
- ☐ Domestic Case Information Report
- ☐ Financial Statement
- ☐ Interrogatories

(2) Was unable to serve because:
- ☐ Moved left no forwarding address
- ☐ Address not in jurisdiction
- ☐ No such address
- ☐ Other _____
  Please specify

Sheriff fee: $ _____    ☐ waived by _____

_____  _____
Date             Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).