UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOANN HALL,<br><br>                    Plaintiff,<br>     vs.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY *et al.*,<br><br>                    Defendants. | Case No. 8:24-cv-03204-DKC |

### STATEMENT REGARDING REMOVAL

COME NOW the Defendant Washington Metropolitan Area Transit Authority ("WMATA"), pursuant to the Court's Standing Order 2021-13 (ECF No. 5), and submits the following information regarding the removal of this case from the Circuit Court for Prince George's County, Maryland:

1. Washington Metropolitan Area Transit Authority ("WMATA") was served with the Writ of Summons and Complaint on October 8, 2024.

2. This action is not based upon diversity jurisdiction.

3. The removal of this action was filed within thirty (30) days of the service of the Writ of Summons and Complaint on the Defendant WMATA.

4. This Court has original jurisdiction of this action under 28 U.S.C. § 1331. The WMATA Compact, Public Law 89-77r, Paragraph 74, approved by Congress on November 9, 1966, as amended, reprinted at Md. Code Ann., Transp. § 10-204(81)(West) grants federal question jurisdiction over suits against WMATA to this Court. Defendant John Doe was, therefore, not required to join in the removal.

DATE: November 20, 2024

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
By counsel


By:   */s/ Donna L. Gaffney*
      Donna L. Gaffney, #16299
      WMATA Legal & Compliance
      P.O. Box 23768
      Washington, D.C. 20026-3768
      (202) 962-2721
      (202) 962-2550 (fax)
      dlgaffney@wmata.com

## **CERTIFICATE OF SERVICE**

I certify that on November 20, 2024, a true and accurate copy of the foregoing was served on the undersigned counsel of record via the Court's ECF system:

Zach White, Esq.
Morgan & Morgan
1901 Pennsylvania Avenue, NW
Suite 300
Washington, D.C. 20006

                               */s/ Donna L. Gaffney*
                               Donna L. Gaffney #16299

2